UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| LUIS SANDOVAL, | ) | No.  5:22-CV-0640 MAA |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
|    v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
|    Defendant. | ) | |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($4,900) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: May 23, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE